*Power Co.*, 350 U. S., at 229. *Solicitor General Soboloff* for the United States. *David W. Robinson* for respondents.

No. 494. CROWDER ET AL. *v.* VIRGINIA EX REL. STATE CORPORATION COMMISSION. Appeal from the Supreme Court of Appeals of Virginia. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Alexander H. Sands, Sr.* and *Frank A. S. Wright* for appellants. *J. Lindsay Almond, Jr.*, Attorney General of Virginia, and *C. F. Hicks*, Assistant Attorney General, for appellee.

No. 244. KONIGSBERG *v.* STATE BAR OF CALIFORNIA ET AL. On petition for writ of certiorari to the Supreme Court of California. The motion for leave to file brief of National Lawyers Guild et al., as *amici curiae,* is denied.

No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. *v.* HANSON ET AL. Appeal from the Supreme Court of Nebraska. (Probable jurisdiction noted, 350 U. S. 910.) The motions of the State of Texas, the Commonwealth of Virginia, and M. E. Sandsberry, Jr. et al. for leave to appear and present oral argument, as *amici curiae,* are denied.

No. 516, Misc. COOPER *v.* UNITED STATES. Application for bail denied. *George C. Dyer* and *Ross O'Donoghue* for petitioner. *Solicitor General Soboloff* for the United States.

No. 530. UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. Appeal from